

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

WMP:WK/JPL
F. #2012R02049

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

December 7, 2015

<u>By Hand and ECF</u>

The Honorable Chief Judge Carol B. Amon
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    <u>United States v. Tishman Construction Corp.</u>
              <u>Criminal Docket No. 15-617 (CBA)</u>

Dear Chief Judge Amon:

      The government submits this letter to request that the Court file the above-captioned criminal Information, attached hereto as Exhibit A, with the Clerk of the Court. The government respectfully requests that the matter be placed into abeyance for a period of 24 months, pursuant to 18 U.S.C. § 3161(h)(2).

      The government and the defendant Tishman Construction Corp. ("Tishman Construction") have entered into a deferred prosecution agreement ("the Agreement"), attached hereto as Exhibit B. As set forth in paragraph one of the Agreement, Tishman Construction has waived any and all rights it has to have the crimes charged in the Information presented to a Grand Jury and prosecuted by indictment. Pursuant to paragraphs 12 and 13 of the enclosed Agreement, should Tishman Construction comply with the terms

and provisions of the Agreement for 24 months, the government will move the Court, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, to dismiss the Information with prejudice.

Respectfully submitted,

ROBERT L. CAPERS
United States Attorney

By:    /s/   
Whitman G.S. Knapp
Assistant U.S. Attorney
Jonathan P. Lax
Special Assistant U.S. Attorney
(718) 254-6107/6139

Enclosures

c.c.: Boyd M. Johnson III, Esq. (Counsel to Defendant, by Email and ECF, w/out Encls.)


So ordered: _____