# WILMERHALE

**Boyd M. Johnson III**

+1 212 230 8862 (t)
+1 212 230 8888 (f)
boyd.johnson@wilmerhale.com

January 7, 2015

The Honorable Chief Judge Carol Bagley Amon
United States District Court
　　for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:  *United States v. Tishman Construction Corp.*, No. 15 Cr. 617 (CBA)

Dear Chief Judge Amon,

I represent Tishman Construction Corporation ("Tishman"), the defendant in the above-captioned matter.  I write in advance of the Monday, January 11, 2016 conference to provide, under cover of this letter, the resolution that the Court requested at the prior conference.

Respectfully,


/s/ Boyd M. Johnson III
Boyd M. Johnson III



cc:  All counsel of record via ECF


+Enclosure

Wilmer Cutler Pickering Hale and Dorr LLP, 7 World Trade Center, 250 Greenwich Street, New York, New York 10007

Beijing    Berlin    Boston    Brussels    Denver    Frankfurt    London    Los Angeles    New York    Oxford    Palo Alto    Washington